Diane C. Weil, Chapter 7 Trustee
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
dcweil@dcweillaw.com
Telephone: (818) 651-6400
Facsimile: (818) 836-5689

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: § | |
| R & B Aircraft Supply, Inc. § | Case No. 1:17-bk-10531-VK |
| § | |
| Debtor(s) § | |
| § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Diane C. Weil, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $494,912.40 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $0.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $1,834.21 | |

   3) Total gross receipts of $1,834.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,834.21 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $3,226.53 | $3,226.53 | $1,834.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,211.28 | $1,211.28 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $883,475.58 | $29,560.32 | $29,560.32 | $0.00 |
| **TOTAL DISBURSEMENTS** | $883,475.58 | $33,998.13 | $33,998.13 | $1,834.21 |

4) This case was originally filed under chapter 7 on 03/02/2017. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    10/24/2018         By :    /s/ Diane C. Weil

                                            Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | $1,319.26 |
| Refund from Home Depot | 1129-000 | $147.42 |
| Checking Account - Commerical Bank of California | 1129-000 | $329.48 |
| State Tax Refund for tax year ending 12/31/16 | 1224-000 | $38.05 |
| **TOTAL GROSS RECEIPTS** | | **$1,834.21** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| | **TOTAL SECURED** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Diane C. Weil | 2100-000 | NA | $458.55 | $458.55 | $0.00 |
| Diane C. Weil | 2200-000 | NA | $104.40 | $104.40 | $0.00 |
| FRANCHISE TAX BOARD | 2990-000 | NA | $829.37 | $829.37 | $0.00 |
| ASAP CORP. | 2990-000 | NA | $381.91 | $381.91 | $381.91 |
| CLAS WORLDWIDE INFORMATION | 2990-000 | NA | $36.50 | $36.50 | $36.50 |
| REGIS BOYLE, JR. | 3991-000 | NA | $1,295.80 | $1,295.80 | $1,295.80 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Union Bank | 2600-000 | NA | $120.00 | $120.00 | $120.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,226.53 | $3,226.53 | $1,834.21 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Los Angeles City Attorney's Office | 5800-000 | NA | $164.57 | $164.57 | $0.00 |
| 3 | LOS ANGELES COUNTY | 5800-000 | $0.00 | $246.71 | $246.71 | $0.00 |
| 8 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $800.00 | $800.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,211.28 | $1,211.28 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Great America Financial Services | 7100-000 | $0.00 | $9,127.48 | $9,127.48 | $0.00 |
| 8A | FRANCHISE TAX BOARD | 7300-000 | NA | $27.67 | $27.67 | $0.00 |
| 7 | Deans & Homer | 7100-000 | $476.96 | $476.96 | $476.96 | $0.00 |
| 6 | Jay-Tex Aviation, Inc. | 7100-000 | $349.00 | $349.00 | $349.00 | $0.00 |
| 5 | Segers Aero Corporation | 7100-000 | $900.00 | $349.00 | $349.00 | $0.00 |
| 4 | Iln Technologies Inc. | 7100-000 | $11,707.50 | $11,707.50 | $11,707.50 | $0.00 |
| 2 | Primary Instruments Inc | 7100-000 | $550.00 | $550.00 | $550.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12A | Los Angeles City Attorney's | 7300-000 | NA | $32.52 | $32.52 | $0.00 |
| 11 | Herber Aircraft Service Inc. | 7100-000 | $1,610.00 | $5,031.25 | $5,031.25 | $0.00 |
| 10 | American Express Bank, Fsb | 7100-000 | $1,953.01 | $1,908.94 | $1,908.94 | $0.00 |
| 1 | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Aero Turbine |  | $52,458.25 | NA | NA | $0.00 |
|  | Aircraft Specialties Services |  | $3,231.62 | NA | NA | $0.00 |
|  | Align Aerospace LLC |  | $120.00 | NA | NA | $0.00 |
|  | AT&T |  | $1,318.96 | NA | NA | $0.00 |
|  | AT&T Mobility |  | $408.59 | NA | NA | $0.00 |
|  | ATI - Aerotropic Intl Inc |  | $10,500.00 | NA | NA | $0.00 |
|  | Aviall Services |  | $4,598.98 | NA | NA | $0.00 |
|  | Bank of America |  | $216.00 | NA | NA | $0.00 |
|  | Bank of America |  | $8,287.16 | NA | NA | $0.00 |
|  | Brian Moore |  | $85.54 | NA | NA | $0.00 |
|  | Brown Helicopter Inc |  | $14,167.00 | NA | NA | $0.00 |
|  | Chase / Cardmember Service |  | $10,288.27 | NA | NA | $0.00 |
|  | City Of Los Angeles Office of |  | NA | NA | NA | $0.00 |
|  | City of Los Angeles, Office of |  | $235.00 | NA | NA | $0.00 |
|  | Dixie Air Parts Supply Inc. |  | $100.00 | NA | NA | $0.00 |
|  | El Dorado Aircraft Supplies |  | $208.37 | NA | NA | $0.00 |
|  | Employment Development |  | NA | NA | NA | $0.00 |
|  | Evair Associates |  | $2,260.00 | NA | NA | $0.00 |
|  | Exxon Mobil |  | $451.68 | NA | NA | $0.00 |
|  | FP Mailing Solutions |  | $502.11 | NA | NA | $0.00 |
|  | Hermes Technical Int'l Inc |  | $3,421.25 | NA | NA | $0.00 |
|  | Instrument Specialties Co Inc |  | $255.00 | NA | NA | $0.00 |
|  | Internal Revenue Service LA & |  | NA | NA | NA | $0.00 |
|  | J Rogers |  | $291,790.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John Tapani, C.P.A. | | $2,999.00 | NA | NA | $0.00 |
| | Kal Nelson Aviation Inc | | $325.00 | NA | NA | $0.00 |
| | Kansas Aviation of Independence | | $1,000.00 | NA | NA | $0.00 |
| | Kent Airparts | | $39,965.64 | NA | NA | $0.00 |
| | Kent Airparts | | $56,960.00 | NA | NA | $0.00 |
| | Kent Airparts | | $15,526.87 | NA | NA | $0.00 |
| | KLX | | $110.41 | NA | NA | $0.00 |
| | Lance Allen Document Solutions | | $542.07 | NA | NA | $0.00 |
| | LJJD LLC | | $38,567.44 | NA | NA | $0.00 |
| | Los Angeles County Tax Collector | | NA | NA | NA | $0.00 |
| | Los Angeles Department of | | $408.59 | NA | NA | $0.00 |
| | Los Angeles Department of | | $798.00 | NA | NA | $0.00 |
| | Max Meredith | | NA | NA | NA | $0.00 |
| | Max Meredith | | NA | NA | NA | $0.00 |
| | MCI | | $51.87 | NA | NA | $0.00 |
| | MP Sala Group | | $82,053.06 | NA | NA | $0.00 |
| | Nina Nelson | | NA | NA | NA | $0.00 |
| | Nina Nelson | | $53,100.00 | NA | NA | $0.00 |
| | Orkin | | $272.72 | NA | NA | $0.00 |
| | P's Metal, Inc. d/b/a C & S Metal | | NA | NA | NA | $0.00 |
| | Pacific Sky Supply | | $20,000.00 | NA | NA | $0.00 |
| | Praxair | | $139.61 | NA | NA | $0.00 |
| | Preferred Employers Group | | $1,730.00 | NA | NA | $0.00 |
| | Quality Aviation, Inc. | | $100,000.00 | NA | NA | $0.00 |
| | Rayne Water Conditioning | | $38.65 | NA | NA | $0.00 |
| | Republic Services | | $384.69 | NA | NA | $0.00 |
| | Ronald Vickrey | | $2,919.41 | NA | NA | $0.00 |
| | Sandra Fiske | | NA | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sandra Fiske | | $23,400.00 | NA | NA | $0.00 |
| | Shell | | NA | NA | NA | $0.00 |
| | Shell | | $827.24 | NA | NA | $0.00 |
| | Shirley Vickrey | | $2,919.41 | NA | NA | $0.00 |
| | Snap-On Tools International LLC | | $1,267.74 | NA | NA | $0.00 |
| | So Cal Gas | | $207.42 | NA | NA | $0.00 |
| | Staples Credit Plan | | $76.89 | NA | NA | $0.00 |
| | State Board of Equalization | | NA | NA | NA | $0.00 |
| | The Gas Company | | $88.10 | NA | NA | $0.00 |
| | VAS Aero Malaysia | | $1,170.00 | NA | NA | $0.00 |
| | Wells Fargo Business Line | | $13,175.50 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$883,475.58** | **$29,560.32** | **$29,560.32** | **$0.00** |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 17-10531 | Judge: Victoria S. Kaufman | Trustee Name: Diane C. Weil |
|---|---|---|
| Case Name: R & B Aircraft Supply, Inc. | | Date Filed (f) or Converted (c): 03/02/2017 (f) |
| | | 341(a) Meeting Date: 04/03/2017 |
| For Period Ending: 10/24/2018 | | Claims Bar Date: 06/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Checking Account - Commerical Bank of California | 524.57 | 329.48 | | 329.48 | FA |
| 2. Lease Security Deposit | 2,396.40 | 0.00 | | 0.00 | FA |
| 3. UPS Deposit | 800.00 | 0.00 | | 0.00 | FA |
| 4. Accounts Receivable | 6,482.60 | 6,482.60 | | 1,319.26 | FA |
| 5. Aircraft Parts Inventory | 200,000.00 | 15,000.00 | OA | 0.00 | FA |
| 6. Office Furniture | 1,265.00 | 0.00 | OA | 0.00 | FA |
| 7. Office Equipment | 500.00 | 0.00 | OA | 0.00 | FA |
| 8. Photographs, posters, painting, airplane models an | 200.00 | 0.00 | OA | 0.00 | FA |
| 9. Books and binders on airplanes, parts and airplane | 100.00 | 0.00 | | 0.00 | FA |
| 10. Metal Shop Machines | Unknown | 0.00 | | 0.00 | FA |
| 11. Leasehold interest at 6848 Farmdale Ave., North Ho | 0.00 | 0.00 | | 0.00 | FA |
| 12. Internet domain and websites RBAircraft.com | 0.00 | 0.00 | | 0.00 | FA |
| 13. Police Commission Permit | 0.00 | 0.00 | | 0.00 | FA |
| 14. State of California Board of Equalization Sellers | 0.00 | 0.00 | | 0.00 | FA |
| 15. Agricultural Commissioner Weights and Measures Dev | 0.00 | 0.00 | | 0.00 | FA |
| 16. Unused Net Operating Losses (NOLs) | 289,651.00 | 0.00 | | 0.00 | FA |
| 17. Refund from Workers Compensation Insurance | Unknown | 0.00 | | 0.00 | FA |
| 18. Refund from Home Depot | 140.00 | 147.42 | | 147.42 | FA |
| 19. Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 20. State Tax Refund for tax year ending 12/31/16 (u) | 38.05 | 38.05 | | 38.05 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 17-10531  Judge: Victoria S. Kaufman  Trustee Name: Diane C. Weil
Case Name: R & B Aircraft Supply, Inc.  Date Filed (f) or Converted (c): 03/02/2017 (f)
341(a) Meeting Date: 04/03/2017
For Period Ending: 10/24/2018  Claims Bar Date: 06/19/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| TOTALS (Excluding Unknown Values) | 502,097.62 | 21,997.55 | | 1,834.21 | 0.00 |

Re Prop. #16   NOL 2015 $184,114;NOL 2016 $105,537
Re Prop. #19   Duplicate of asset no. 17.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ADMIN STATUS: NEW

INITIAL REPORTING PERIOD ENDING 09-30-17:

The Debtor had a license to perform repairs on certain aircraft parts. At the time of the bankruptcy, the Debtor had ceased operations and began liquidating its' assets. The Trustee had a licensed auctioneer review the assets to determined the resale value, if any. The Trustee's auctioneer determined that the assets of the business had a liquidation value of no more than $15,0000. However, the Debtor had an appraisal from a licensed auctioneer who specialized in the aviation field. Its' estimate of the value of assets was more than $200,000. As a result, the Trustee reached out to the auctioneer and obtained a copy of its' report. After review, it appeared that many of the assets included in the Debtor's most current inventory were missing. After further inquiry, the Trustee learned that most of the items sold were for helicopters and were the assets with the most value. The remaining assets had little or no value.

On or about August 30, 2017, the Trustee abandoned the inventory of aircraft parts, office furniture, business equipment and photographs.

The Trustee has employed general counsel to assist her with her investigation and legal projects that arise pursuant to the Court's order entered April 20, 2017.

PROFESSIONALS

General Counsel - Danning, Gill, Diamond & Kollitz, LLP P.O.E. 04/20/17

ACCOUNTS:
General Account

CLAIMS:
POC Bar date: 06/19/17

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | | |
|---|---|---|
| Case No: 17-10531 | Judge: Victoria S. Kaufman | Trustee Name: Diane C. Weil |
| Case Name: R & B Aircraft Supply, Inc. | | Date Filed (f) or Converted (c): 03/02/2017 (f) |
| | | 341(a) Meeting Date: 04/03/2017 |
| For Period Ending: 10/24/2018 | | Claims Bar Date: 06/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions,<br>and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

[Cheryl Blair 2017-10-23 23:56:06]

**Initial Projected Date of Final Report(TFR) :** 03/01/2019      **Current Projected Date of Final Report(TFR) :** 03/01/2019

**Trustee's Signature**    /s/Diane C. Weil                **Date:** 10/24/2018
Diane C. Weil
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Phone : (818) 946-1270

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-10531  
Case Name: R & B Aircraft Supply, Inc.  
Taxpayer ID No: **-***5780  
For Period Ending: 10/24/2018

Trustee Name: Diane C. Weil  
Bank Name: Union Bank  
Account Number/CD#: ******9157 Checking Account  
Blanket bond (per case limit): 5,000,000.00  
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/28/2017 | [1] | Commercial Bank of California | Closing of Debtor's Bank Account | 1129-000 | 329.48 | | 329.48 |
| 03/28/2017 | [4] | P's Metal Inc., dba C & S Metal | A/R re prepetition purchase of Forklist | 1121-000 | 400.00 | | 729.48 |
| 04/27/2017 | [4] | Midwest Aerospace, LTD 9465 JOLIET ST. JOHN , IN 46373 | A/R re MIDWEST AEROSPACE, LTD | 1121-000 | 400.00 | | 1,129.48 |
| 04/27/2017 | [18] | Citibank, N.A. | HOME DEPOT REFUND | 1129-000 | 147.42 | | 1,276.90 |
| 06/13/2017 | 300001 | CLAS WORLDWIDE INFORMATION SERVICES 2020 HURLEY WAY, SUITE 350 SACRAMENTO , CA 95825 | UCC SEARCH AND COPIES, invoice #299289-0000, PER LBR 2016-2(a)  #299289-0000, PER LBR 2016-2(a)    0.00  #299289-0000, PER LBR 2016-2(a)    0.00  #299289-0000, PER LBR 2016-2(a)    0.00 | 2990-000  2990-000  2990-000 | | | 1,276.90 |
| 06/13/2017 | 300002 | CLAS WORLDWIDE INFORMATION SERVICES 2020 HURLEY WAY, SUITE 350 SACRAMENTO , CA 95825 | UCC SEARCH AND COPIES, invoice #299289-0000, PER LBR 2016-2(a) | 2990-000 | | 36.50 | 1,240.40 |
| | | | | Page Subtotals | 1,276.90 | 36.50 | |

UST Form 101-7-TDR (10/1/2010) (Page 11)

Exhibit 9

FORM 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-10531 | | Trustee Name: | Diane C. Weil |
| Case Name: | R & B Aircraft Supply, Inc. | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | ******9157 Checking Account |
| Taxpayer ID No: | **-***5780 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 10/24/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/15/2017 | [4] | Cappsco International Corp. | A/R | 1121-000 | 19.26 | | 1,259.66 |
| 06/19/2017 | [4] | Air Technology, INc. | A/R | 1121-000 | 500.00 | | 1,759.66 |
| 06/26/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 1,744.66 |
| 07/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 1,729.66 |
| 08/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 1,714.66 |
| 08/29/2017 | [20] | State of California Employment Development Dept | TAX REFUND FOR 2016 | 1224-000 | 38.05 | | 1,752.71 |
| 09/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 1,737.71 |
| 10/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 1,722.71 |
| 11/27/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 1,707.71 |
| 12/26/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 1,692.71 |
| | | | Page Subtotals | | 557.31 | 105.00 | |

FORM 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-10531  
Case Name: R & B Aircraft Supply, Inc.  
Taxpayer ID No: **-***5780  
For Period Ending: 10/24/2018  

Trustee Name: Diane C. Weil  
Bank Name: Union Bank  
Account Number/CD#: ******9157 Checking Account  
Blanket bond (per case limit): 5,000,000.00  
Separate bond (if applicable): 0.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/25/2018 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 1,677.71 |
| 03/19/2018 | 300003 | ASAP CORP. 6501 1/2 SO. SEPULVEDA BLVD. LOS ANGELES , CA 90046 | LOCKSMITH PER CDM ENTERED 3/15/18 | 2990-000 | | 381.91 | 1,295.80 |
| 03/19/2018 | 300004 | REGIS BOYLE, JR. 373 RAINDANCE ST. THOUSAND OAKS , CA 91360 | FIELD REPRESENTATIVE SERVICES PER CDM ENTERED 3/15/18 | 3991-000 | | 1,295.80 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 1,692.71 |
| **COLUMN TOTALS** | 1,834.21 | 1,834.21 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 1,834.21 | 1,834.21 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 1,834.21 | 1,834.21 |

All Accounts Gross Receipts: 1,834.21  
All Accounts Gross Disbursements: 1,834.21  
All Accounts Net: 0.00  

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******9157 Checking Account | 1,834.21 | 1,834.21 | |
| **Net Totals** | 1,834.21 | 1,834.21 | 0.00 |